■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE POBLAH, Appellant. [748 NYS2d 701] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 22, 1994 (*People v Poblah,* 201 AD2d 678), affirming a judgment of the County Court, Nassau County, rendered October 10, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., S. Miller, O'Brien and Krausman, JJ., concur.